CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WAKEEL ABDUL-SABUR,
    Petitioner,

Civil Action No. 7:15-cv-00695

v.

ORDER

HAROLD CLARKE,
    Respondent.

By:  Hon. Michael F. Urbanski
      United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 29 day of January, 2016

/s/ Michael F. Urbanski
United States District Judge